# UNITED STATES DISTRICT COURT

Northern District of California

Steve Crittenden

Plaintiff(s),

V.

Ralph Diaz, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21-cv-05805-BLF

Notice is hereby given that, subject to approval by the court, **Plaintiff Steve Crittenden** (Party(s) Name) substitutes **Stanley R. Apps** (Name of New Attorney), State Bar No. **309425** as counsel of record in place of **Plaintiff Steve Crittenden (pro se)** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Office of Stanley R. Apps
Address: 4424 Bellingham Avenue
Telephone: (310) 709-3966     Facsimile:
E-Mail (Optional): stan@appsatlaw.com

I consent to the above substitution.
Date: 3/24/2022
(Signature of Party(s))

I consent to being substituted.
Date: 3/24/2022
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 03/28/2022
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 29, 2022
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]